UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORESTE REFUERZO,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    Defendant. | Case No. 22-cv-00868-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the initial case management conference held on June 2, 2022, the Court orders the following schedule:

| | |
|---|---|
| Deadline to Move to Amend Pleadings: | September 9, 2022 |
| Deadline to Move for Class Certification: | January 5, 2023 |
| Opposition: | March 2, 2023 |
| Reply: | April 20, 2023 |
| Hearing: | May 18, 2023 |

On or before July 7, 2022, the parties should submit a stipulated protocol for remote depositions, or alternatively a joint statement on any disputes.

The Court will hold a further case management conference on September 15, 2022 at 1:30 p.m. via Zoom video. An updated joint case management conference statement should be filed by September 8, 2022. The Court will be particularly interested in the parties' view on the optimal timing of alternative dispute resolution.

**IT IS SO ORDERED.**

Dated: June 2, 2022

Jacqueline Scott Corley
JACQUELINE SCOTT CORLEY
United States District Judge