UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORESTE REFUERZO,<br><br>  Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>  Defendant. | Case No. 22-cv-00868-JSC<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE** |

As discussed at the discovery conference held on December 20, 2022, Defendant shall schedule a Zoom meeting with Plaintiffs' counsel on or before January 13, 2023. Defendant shall have present, along with outside counsel, at least one person, if not more, who can explain Defendant's record systems and how they were used to identify flight attendants who were terminated based upon the attendance points policy, as well as flight attendants who took FMLA leave. Defendant shall also be prepared to explain the alleged inconsistencies in the spreadsheets Defendant has already produced.

On or before January 13, 2023, Defendant shall also produce a supplemental Rule 34 response that complies with Rule 34(b)(2)(B) & (C).

The Court will hold a further case management conference on January 26, 2023 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: December 20, 2022

JACQUELINE SCOTT CORLEY
United States District Judge