UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORESTE REFUERZO,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    Defendant. | Case No. 22-cv-00868-JSC<br><br>**ORDER RE: PRIVILEGE DISPUTE**<br><br>Re: Dkt. No. 72 |

The Court has reviewed *in camera* 23 email communications Defendant contends are protected by attorney-client privilege and as work product. (Dkt. No. 72; *see* Dkt. No. 69 at 5–6, 7–8.) The Court concludes the communications are privileged. *See* Fed. R. Evid. 501; *United States v. Chen*, 99 F.3d 1495, 1501–02 (9th Cir. 1996).

**IT IS SO ORDERED.**

Dated: April 21, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge