CPT ID: <<ID>>



United States District Court for the Northern District of California

*Roreste Refuerzo, et al. v. Southwest Airlines Co.*

Case No. 3:22-cv-00868

# Class Action Notice

## Authorized by the U.S. District Court for the Northern District of California

| | | |
|---|---|---|
| **Did you work as a Southwest Airlines flight attendant** and get terminated (fired) between March 1, 2019 and the present? | **As a Southwest Airlines flight attendant,** did you use medical and family leave, and lose access to disciplinary point reduction as a result? | **If yes, you may be a class member of a class action lawsuit.**<br><br>This ongoing class action lawsuit may affect your rights. |

Important things to know:

- This Notice may affect your legal rights whether you respond or not, including your right to opt out of the class. Please read this notice carefully.

- If you want to be part of the lawsuit, you do not need to do anything. If you don't want to be a part of the lawsuit, you must opt out by February 26, 2025.

- If you don't opt out, you may be required to provide information and documents relating to your employment history, if any.

# Table of Contents

**Table of Contents** ...................................................................................................**2**

**About This Notice** ...................................................................................................**3**

    Why did I get this notice? .................................................................................3

    Who is in the class? ...........................................................................................3

    What is a "class action lawsuit?" .....................................................................3

    What is the deadline to opt out? ......................................................................4

    Do I have a lawyer in this lawsuit? ...................................................................4

**Learning About the Lawsuit** ...................................................................................**5**

    What is this lawsuit about? ...............................................................................5

    What happens next in this lawsuit? ..................................................................5

**Deciding What To Do** .............................................................................................**5**

    What are my options? .......................................................................................5

**Doing Nothing and Staying in the Case** ...............................................................**5**

    What happens if I do nothing? .........................................................................5

**Opting Out** .............................................................................................................**6**

    What if I don't want to be part of this case? ...................................................6

    How do I opt out? .............................................................................................6

**Key Resources** .......................................................................................................**7**

    How do I get more information? .......................................................................7

CPT ID: <<ID>>

# About This Notice

## Why did I get this notice?

This notice is to tell you about a class action lawsuit, *Roreste Refuerzo, et al. v. Southwest Airlines Co.*, brought on behalf of people who have worked as flight attendants for Southwest Airlines.

**You received this notice because Southwest's employment records show that you were employed by Southwest as a flight attendant, utilized family and medical leave, and were fired between March 1, 2019 and the present due to disciplinary points**

This notice gives you information about the case and tells you how to opt out if you don't want to be part of it.

## Who is in the class?

This is the definition of the class that the court approved:

All Southwest flight attendants based in the United States since March 1, 2019 to present who exercised their rights to family and medical leave and consequently lost access to a disciplinary points reduction and were subsequently terminated for an accumulation of disciplinary points.

## What is a "class action lawsuit?"

In a class action lawsuit, one or more people called "Class Representatives" (in this case, Roreste Refuerzo and Selina Cashin) sue on behalf of themselves and other people with similar claims, who are referred to as "Class Members."

In a class action, the court case resolves the claims for all Class Members, except for those who exclude themselves from the Class.

Each Class Member is bound by the decision made in this case. They cannot start their own lawsuit about the same things that were already decided in the Class Action.

CPT ID: <<ID>>

## What is the deadline to opt out?

The deadline to opt out in order to be excluded from the case is February 26, 2025.

## Do I have a lawyer in this lawsuit?

In a class action, the court appoints class representatives and lawyers to work on the case and represent the interests of all the class members. For this case, the Court has appointed the following lawyers:

**Your Lawyers:** Jason M. Erlich, Erlich Law Firm, P.C. and Jennie Lee Anderson, Andrus Anderson, LLP. These are the lawyers who are bringing this case on your behalf. Their contact information is below.

| | |
|---|---|
| Jason M. Erlich<br>ERLICH LAW FIRM, P.C.<br>180 Grand Ave., Suite 1380<br>Oakland CA 94612<br>jason@erlichlawfirm.com<br>Tel: (510) 390-9140 | Jennie Lee Anderson<br>ANDRUS ANDERSON LLP<br>155 Montgomery St., Ste. 900<br>San Francisco, CA 94104<br>jennie@andrusanderson.com<br>Tel.: (415) 986-1400 |

**You will not be charged for their services**, although their fees may be paid with the court's approval from any settlement that they negotiate for the class in the future.

If you want to be represented by your own lawyer, you may hire one at your own expense.

Questions? Call Toll Free 1-888-373-2581 or email RefuerzovSWA@cptgroup.com

# Learning About the Lawsuit

## What is this lawsuit about?

This lawsuit claims that Southwest violated the Family Medical Leave Act ("FMLA") by denying flight attendants the opportunity for points reduction to improve their disciplinary records if they exercised their statutory right and used intermittent or continuous FMLA leave in the same quarter or relevant time frame.

Southwest denies that it did anything wrong and denies that its policy is unlawful.

The court has not yet decided whether or not the policy is unlawful.

### Where can I learn more?

You can get a complete copy of the key documents in this lawsuit by visiting: southwest-fmla-classaction.com

## What happens next in this lawsuit?

The lawyers will continue to prepare the case for trial, unless the two sides decide to settle the case.

# Deciding What To Do

## What are my options?

You have two options. You can do nothing and stay in the case, or you can opt out of the case.

# Doing Nothing and Staying in the Case

## What happens if I do nothing?

If you do nothing, you will be part of the case and your rights will be affected by the outcome. You won't be able to start, continue, or be part of any other lawsuit against Southwest about the issues in this case.

CPT ID: <<ID>>

If you do not opt out, you may be required to provide information and documents relating to your employment history, and subsequent employment, if any.

If the employees win or settle, class members may be entitled to money.

# Opting Out

## What if I don't want to be part of this case?

You can opt out.

## How do I opt out?

If you do not want to remain a member of the Class, you may opt out of it.

**To opt out, you must do one of the following:**

(1)  Complete and send the enclosed Class Action Opt-Out Request Form to the Notice Administrator via mail to Refuerzo v. Southwest Airlines Co., c/o CPT Group, Inc., 50 Corporate Park, Irvine, CA 92606 or by email to RefuerzovSWA@cptgroup.com; or
Submit a signed and dated letter to the Notice Administrator via mail or email with your name, address and phone number, which states you have received notice of the class action, *Refuerzo, et al. v. Southwest Airlines Co.,* Case No. 3:22-cv-00868-JSC), wish to be excluded from the Class and not participate in any resolution or settlement of the litigation, nor be bound by any outcome in the case.

If you submit the Class Action Opt-Out Request Form by mail, it must be postmarked no later than February 26, 2025.  If you submit the Form via email, it must be received by the Notice Administrator by February 26, 2025 as well.

The Notice Administrator's website, address and contact information is:

Refuerzo v. Southwest Airlines Co.
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
1-888-373-2581
RefuerzovSWA@cptgroup.com
southwest-fmla-classaction.com

You cannot exclude yourself from the class unless you follow one of the steps above.

# Key Resources

## How do I get more information?

This notice summarizes the certification decision. There are more details in the case documents. To get a copy of the case documents or get answers to your questions:

- Contact the lawyers who represent the class (you can find their contact information on page 4).

- Visit the case website at southwest-fmla-classaction.com.

- Call Toll Free Number: 1-888-373-2581

- Access the Court's PACER (Public Access to Court Electronic Records) website (https://ecf.cand.uscourts.gov/) or at the Clerk's office: 450 Golden Gate Avenue, San Francisco, CA 94102.

**Do not contact the court or the clerk of the court about this lawsuit.**

CPT ID: <<ID>>

# Class Action Opt-Out Form

## *Refuerzo, et al. v. Southwest Airlines Co.*

### This form allows you to opt out of the class action.

This is not a claim form. **If you complete this form, you will be choosing not to participate in the class action.** However, you will keep your right to pursue your own litigation with your own lawyer at your expense.

**To opt out of this class action, complete this form and submit it to the notice administrator** via U.S. mail or email, or go to the website: [INSERT] or click the hyperlink below and follow the instructions.

This form must be postmarked no later than February 26, 2025 if sent via U.S. mail.

If you submit the form via email, it must be received by the administrator no later than February 26, 2025.

### If opting out, fill out form below and send to address provided.

I have received notice of the class action, *Refuerzo, et al. v. Southwest Airlines Co.* I wish to be excluded from the Class and not to be bound by any determinations or judgments in the litigation, whether favorable or unfavorable to the Class.

Date _____ Signature _____

Typed or Printed Name_____

Street Address_____

City, State, Zip Code_____

Telephone number, including area code [OPTIONAL]_____

**To opt out:** Complete form and mail or email to the notice administrator listed to the right.

> Refuerzo v. Southwest
> c/o CPT Group, Inc.
> 50 Corporate Park
> Irvine, CA 92606
> RefuerzovSWA@cptgroup.com
> southwest-fmla-classaction.com