UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORESTE REFUERZO, et al., | Case No. 22-cv-00868-JSC |
| Plaintiffs, | |
| v. | **PRETRIAL ORDER NO. 4 FOLLOWING JUNE 10, 2026 FURTHER CASE MANAGEMENT CONFERENCE** |
| SOUTHWEST AIRLINES CO., | |
| Defendant. | |

As discussed at the June 10, 2026 further case management conference:

1.  Cherish Sakovich is dismissed from the (b)(3) damages class.

2.  Plaintiffs shall file the stipulation to add LeSean Lewis as a class representative for the (b)(2) class by Monday, June 15, 2026.

3.  Trial is continued to October 13, 2026, with the pretrial conference September 24, 2026 at 2:00 p.m, in Courtroom 8, 19th Floor.

4.  The schedule for Defendant's motion for partial summary judgment on liability as to certain (b)(3) class members:

    | | |
    |---|---|
    | Motion Filing Deadline: | July 16, 2026 |
    | Opposition: | July 30, 2026 |
    | Reply: | August 6, 2026 |
    | Hearing: | August 25, 2026 at 10:00 a.m. |

5.  The Court will hold a further case management conference on July 10, 2026 at 2:00 p.m. An updated statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: June 10, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California