Annie Lau (SBN 302438)
E-Mail: alau@fisherphillips.com
Megan F. Clark (SBN 301476)
E-Mail: mclark@fisherphillips.com
Abby H. Putzulu (SBN 335055)
E-Mail: aputzulu@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Andrew P. LeGrand (Tex. Bar No. 24070132)
E-Mail: alegrand@gibsondunn.com
Betty Yang (Tex. Bar No. 24088690)
E-Mail: byang@gibsondunn.com
Taylor DeScenzo (Tex. Bar No. 24142835)
E-Mail: tdescenzo@gibsondunn.com
Jed Greenberg (Tex. Bar No. 24147742)
E-Mail: jtgreenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: (214) 698-3405
Facsimile: (214) 571-2960

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RORESTE REFUERZO and SELINA CASHIN, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

SOUTHWEST AIRLINES CO.,

Defendant.

Case No: 3:22-cv-00868-JSC

**DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Date: August 26, 2026
Time: 10:00 a.m.
Place: Courtroom 8 – 19th Floor
Before: Honorable Jacqueline Scott Corley

Action Filed: February 10, 2022
FAC Filed: September 9, 2022
SAC Filed: August 24, 2023
Trial: October 13, 2026

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that on August 26, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the above-captioned Court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102, Defendant SOUTHWEST AIRLINES CO. (hereinafter "Defendant") will and hereby does move this Court for an order for summary judgment or, in the alternative partial summary judgment against Plaintiffs RORESTE REFUERZO and SELINA CASHIN (collectively "Plaintiffs").

This motion is made pursuant to Rule 56 of Federal Rules of Civil Procedure, and on the grounds that there is no genuine dispute of material fact that Plaintiffs' FMLA, CFRA, wrongful-termination, and unfair-competition claims fail as a matter of law. Additionally, class members Valerie Barajas, Lexus Mitchell, Colleen Bobbi Church, Cierra Brooks, Natalie Patterson, Jonathan Harden, Alexander Macall Smith, Pamela Unger, Bryan Henderson, Na'Keya Snoddy, and Nicole Littles lack Article III standing to pursue termination-based claims or damages. Finally, Natalie Patterson must be dismissed from the damages class because Southwest was unable to obtain her deposition.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities attached hereto, the Declaration of Annie Lau, Declaration of Catherine Rea in Support of Summary Judgment, all papers previously filed in this matter, and on such other and further evidence which may be presented at the time of the hearing.

Dated: July 16, 2026

Respectfully submitted,

By: /s/ *Annie Lau*

Annie Lau
Megan F. Clark
Abby H. Putzulu
FISHER & PHILLIPS LLP

Andrew P. LeGrand
Betty Yang
Taylor DeScenzo
Jed Greenberg
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of San Francisco, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 1 Montgomery Street, Suite 3400, San Francisco, California 94104.

On the date set forth below, I served the foregoing document entitled **DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Jason M. Erlich<br>Erlich Law Firm, P.C.<br>180 Grand Ave., Suite 1380<br>Oakland, CA 94612<br><br>Legal Assistant: Travis Lyons | ***Attorneys for Plaintiffs Roreste Refuerzo and Selina Cashin and Classes and Subclasses***<br><br>Telephone: (510) 390-9140<br>Facsimile: (510) 369-3876<br>Emails: jason@erlichlawfirm.com; john@erlichlawfirm.com; travis@erlichlawfirm.com |
| Jennie Lee Anderson<br>Andrus Anderson LLP<br>155 Montgomery St., Suite 900<br>San Francisco, CA 94104 | ***Attorneys for Plaintiffs Roreste Refuerzo and Selina Cashin and Classes and Subclasses***<br><br>Telephone: (415) 986-1400<br>Facsimile: (415) 986-1474<br>Emails: jennie.anderson@andrusanderson.com; mail@andrusanderson.com |

☒ **[VIA ELECTRONIC SERVICE]** By agreement of the parties, I certify that on the date below, I caused each document(s) to be served via electronic mail in Adobe "PDF" format to the designated recipient(s) email address(es) as listed above and sent from sender's email address at XXXXXX@fisherphillips.com. I did not receive any electronic message or other indication that the transmission was unsuccessful.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made. Executed on July 16, 2026 at San Francisco, California.

Lisa Hamann — By: [signature]

Print Name — Signature

03103.0060