Andrew LeGrand P.C. (pro hac vice)
Email: andrew.legrand@kirkland.com
KIRKLAND & ELLIS LLP
Weir's Plaza
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972 1771

Betty X Yang (pro hac vice)
Email: byang@gibsondunn.com
Matthew Scorcio (pro hac vice)
Email: mscorcio@gibsondunn.com
Jed Greenberg (pro hac vice)
Email: jtgreenberg@gibsondunn.com
Taylor DeScenzo (pro hac vice)
Email: tdescenzo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2960

Annie Lau (SBN 302438)
Email: alau@fisherphillips.com
Megan F. Clark (SBN 301476)
Email: mclark@fisherphillips.com
Abby H. Putzulu (SBN 335055)
Email: aputzulu@fisherphillips.com
FISHER & PHILLIPS
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RORESTE REFUERZO and SELINA CASHIN, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

SOUTHWEST AIRLINES CO.,

Defendant.

Case No: 3:22-cv-00868-JSC

**DEFENDANT SOUTHWEST AIRLINES CO.'S OBJECTION TO PLAINTIFFS' SUMMARY JUDGMENT OPPOSITION "ERRATA"**

Date: August 26, 2026
Time: 10:00 a.m.
Place: Courtroom 8 – 19th Floor
Before: Honorable Jacqueline Scott Corley

Action Filed: February 10, 2022
FAC Filed: September 9, 2022
SAC Filed: August 24, 2023
Trial: October 13, 2026

Southwest identified fake quotes attributed to a real Ninth Circuit case in Plaintiffs' summary judgment opposition. Dkt. 223 at 7 (quoting Dkt. 222 at 19). Rather than simply admitting the quotes are fake, Plaintiffs filed "errata" asserting that the case supports their proposition anyway. Dkt. 227 at 2. It doesn't. The Ninth Circuit decision *Xin Liu v. Amway Corp.*, 347 F.3d 1125 (9th Cir. 2003), doesn't include or support the proposition that "differential treatment is not a prerequisite for an FMLA interference claim." Dkt. 227 at 2. The Ninth Circuit didn't remotely address that issue, which wasn't presented or decided.

Dated: August 20, 2026

Respectfully submitted,

By: /s/ *Annie Lau*

Annie Lau
Megan F. Clark
Abby H. Putzulu
FISHER & PHILLIPS LLP

Andrew P. LeGrand P.C.
KIRKLAND & ELLIS LLP

Betty Yang
Matthew Scorcio
Taylor DeScenzo
Jed Greenberg
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years, employed in the County of San Francisco, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 1 Montgomery Street, Suite 3400, San Francisco, California 94104.

On the date set forth below, I served the foregoing document entitled **DEFENDANT'S OBJECTION TO PLAINTIFFS' SUMMARY JUDGMENT OPPOSITION "ERRATA"** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Jason M. Erlich<br>Erlich Law Firm, P.C.<br>180 Grand Ave., Suite 1380<br>Oakland, CA 94612<br><br>Legal Assistant: Travis Lyons | ***Attorneys for Plaintiffs Roreste Refuerzo and Selina Cashin and Classes and Subclasses***<br><br>Telephone: (510) 390-9140<br>Facsimile: (510) 369-3876<br>Emails: jason@erlichlawfirm.com; john@erlichlawfirm.com; travis@erlichlawfirm.com |
| Jennie Lee Anderson<br>Andrus Anderson LLP<br>155 Montgomery St., Suite 900<br>San Francisco, CA 94104 | ***Attorneys for Plaintiffs Roreste Refuerzo and Selina Cashin and Classes and Subclasses***<br><br>Telephone: (415) 986-1400<br>Facsimile: (415) 986-1474<br>Emails: jennie.anderson@andrusanderson.com; mail@andrusanderson.com |

☐ **[VIA ELECTRONIC SERVICE]** - By agreement of the parties, I certify that on the date below, I caused each document(s) to be served via electronic mail in Adobe "PDF" format to the designated recipient(s) email address(es) as listed above and sent from sender's email address at XXXXXX@fisherphillips.com. I did not receive any electronic message or other indication that the transmission was unsuccessful.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the State Bar of California at whose direction the service was made. Executed on August 6, 2026, at San Francisco, California.

| | |
|---|---|
| Yorleny Hernandez | By: */s/ Yorleny Hernandez* |
| Print Name | Signature |